AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Clifton, Richard R. | 2. Court or Organization  9th Circuit | 3. Date of Report  11/27/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address  999 Bishop Street, Suite 2010  Honolulu, Hawaii 96813 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Judicature Society, Hawaii Chapter |
| 2. | Director | Hawaii Women's Legal Foundation |
| 3. | Director | Ninth Judicial Circuit Historical Society |
| 4. | Director & Secretary | Federal Judges Association |
| 5. | Trustee or co-trustee | Trusts #1 - #3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self-employed, dietitian consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Assn | 5/17-18/2016 | Washington, DC | Attend annual board meeting | Transportation, lodging, food |
| 2. | University of Florida School of Law | 2/22-23/2016 | Gainesville, FL | Serve as Jurist in Residence | Transportation, lodging, food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 11/27/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 11/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Hawaiian Bank savings | A | Interest | K | T | | | | | |
| 2. First Hawaiian Bank checking | A | Interest | O | T | | | | | |
| 3. Univ of Hawaii FCU | C | Interest | N | T | | | | | |
| 4. Goodyear common | A | Dividend | J | T | | | | | |
| 5. Hawaiian Electric Industries common | C | Dividend | L | T | | | | | |
| 6. | | | | | | | | | |
| 7. Brokerage acct #1 (MS) (H) | | | | | | | | | |
| 8. -- Echostar common | | None | K | T | | | | | |
| 9. -- Dish Network Cl A common | | None | M | T | | | | | |
| 10. -- IBM common | B | Dividend | L | T | | | | | |
| 11. -- Real Networks common | | None | J | T | | | | | |
| 12. -- Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. Fidelity Growth & Income (IRA) | A | Dividend | L | T | | | | | |
| 15. Fidelity Magellan Fund (IRA) | A | Dividend | K | T | | | | | |
| 16. Oppenheimer Growth Fund A (IRA) | A | Dividend | L | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 11/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage acct #2 (T-CS) (H) | | | | | | | | | |
| 19. -- Ballard Power Systems common | | None | | | Sold | 01/14/16 | J | A | |
| 20. -- Ciena common | | None | | | Sold | 01/14/16 | J | A | |
| 21. -- Intel common | C | Dividend | M | T | Sold (part) | 01/14/16 | L | D | |
| 22. -- Charles Schwab Money Market Fund | A | Dividend | P1 | T | | | | | |
| 23. -- Raytheon common | | None | | | Sold | 01/14/16 | L | A | |
| 24. -- Unitedhealth Gr Bonds | B | Interest | L | T | | | | | |
| 25. -- Bank Hapoalim CD | | None | | | Sold | 01/14/16 | M | A | |
| 26. -- Discover Bank CD | C | Interest | M | T | | | | | |
| 27. -- Amer Electric Power common | C | Dividend | L | T | | | | | |
| 28. -- Apple common | C | Dividend | M | T | | | | | |
| 29. -- BP PLC | A | Dividend | J | T | | | | | |
| 30. -- Chevron common | B | Dividend | K | T | | | | | |
| 31. -- Coca Cola common | C | Dividend | L | T | | | | | |
| 32. -- CSX common | | None | | | Sold | 01/14/16 | L | E | |
| 33. -- Duke Energy common | | None | | | Sold | 01/14/16 | J | C | |
| 34. -- Eli Lilly common | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 11/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Exxon Mobil common | D | Dividend | L | T | Sold (part) | 01/14/16 | K | D | |
| 36. -- General Electric common | C | Dividend | M | T | | | | | |
| 37. -- Kraft Heinz common | A | Dividend | K | T | | | | | |
| 38. -- Microsoft common | C | Dividend | M | T | | | | | |
| 39. -- Mondelez Intl common | A | Dividend | L | T | | | | | |
| 40. -- Pfizer common | | None | | | Sold | 01/14/16 | J | A | |
| 41. -- United Technologies common | B | Dividend | L | T | | | | | |
| 42. -- Verizon common | C | Dividend | L | T | | | | | |
| 43. -- Wells Fargo common | | None | | | Sold | 01/14/16 | J | A | |
| 44. -- Berkshire Hathaway Cl A | | None | O | T | | | | | |
| 45. -- Schwab US Large Cap | B | Dividend | K | T | | | | | |
| 46. -- Vanguard Dividend | D | Dividend | M | T | | | | | |
| 47. -- Vanguard Total Stock | | None | | | Sold | 01/14/16 | L | A | |
| 48. | | | | | | | | | |
| 49. IRA acct #3 (T) (H) | | | | | | | | | |
| 50. -- Intel common | B | Dividend | K | T | | | | | |
| 51. -- Microsoft common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 11/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Templeton Growth Fund class A | | None | | | Sold | 01/14/16 | L | C | |
| 53. -- Charles Schwab Money Market Fund | A | Dividend | N | T | | | | | |
| 54. -- Petroleo Brasileiro ADRF | | None | J | T | | | | | |
| 55. -- Laudus U.S. Large Cap Growth Fund | A | Dividend | K | T | | | | | |
| 56. -- American Century Equity Growth Fund | | None | | | Sold | 01/14/16 | K | A | |
| 57. | | | | | | | | | |
| 58. CREF Stock Fund | | None | | | Sold | 04/25/16 | L | D | |
| 59. CREF Global Equities | | None | | | Sold | 04/25/16 | K | D | |
| 60. | | | | | | | | | |
| 61. HR-10 and 401K accts (former law firm) (H) | | | | | | | | | |
| 62. -- American Funds AMCAP Fund | | None | N | T | | | | | |
| 63. -- Oakmark Fund | | None | O | T | | | | | |
| 64. -- RidgeWorth Small Cap Value Fund (HR-10) | | None | N | T | | | | | |
| 65. -- American Funds Wash Mutual Invs (HR-10) | | None | O | T | | | | | |
| 66. -- PIMCO Total Return - Class D (HR-10) | | None | N | T | | | | | |
| 67. -- Prudential Retirement Guaranteed Income Fund | | None | J | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 11/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Northwestern Mutual whole life | D | Dividend | M | T | | | | | |
| 70. Northwestern Mutual extra ordinary life | D | Dividend | M | T | | | | | |
| 71. Midland National whole life | A | Dividend | J | T | | | | | |
| 72. | | | | | | | | | |
| 73. Trust #1 (R) | | | | | | | | | |
| 74. -- Eaton Vance Mut Fds Tr | A | Int./Div. | J | T | | | | | |
| 75. --JPMorgan Str Inc Opp Fd | A | Int./Div. | J | T | | | | | |
| 76. -- JPMorgan High Yield Fd Select | A | Int./Div. | | | Sold | 12/21/16 | J | A | |
| 77. -- JPMorgan Short Duration Bond Fd Select | A | Int./Div. | J | T | | | | | |
| 78. -- JPMorgan Limited Term Bond Fd Select | A | Int./Div. | J | T | | | | | |
| 79. -- Highbridge Dynamic Comm Strg Fd Select | A | Int./Div. | | | Sold | 12/21/16 | J | A | |
| 80. -- Ishares MSCI EAFE ECF | A | Int./Div. | J | T | | | | | |
| 81. -- Ishares S&P Midcap ECF | A | Int./Div. | J | T | | | | | |
| 82. -- SPDR S&P 500 ETF Trust | A | Int./Div. | K | T | | | | | |
| 83. -- Vanguard Emerging Market ETF | A | Int./Div. | J | T | | | | | |
| 84. | | | | | | | | | |
| 85. Trust #2 (D) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -- Eaton Vance Mut Fds Tr | A | Int./Div. | J | T | | | | | |
| 87. --JPMorgan Str Inc Opp Fd | A | Int./Div. | J | T | | | | | |
| 88. -- JPMorgan High Yield Fd Select | A | Int./Div. | J | T | | | | | |
| 89. -- JPMorgan Short Duration Bond Fd Select | A | Int./Div. | K | T | | | | | |
| 90. -- JPMorgan Limited Term Bond Fd Select | A | Int./Div. | K | T | | | | | |
| 91. -- Highbridge Dynamic Comm Strg Fd Select | | None | | | Sold | 01/21/16 | J | A | |
| 92. -- Ishares MSCI EAFE ECF | A | Int./Div. | K | T | | | | | |
| 93. -- Ishares S&P Midcap ECF | A | Int./Div. | K | T | | | | | |
| 94. -- Ishares Russell 1000 Value Index Fund | A | Int./Div. | K | T | | | | | |
| 95. -- Ishares Russell 1000 Growth ECF | A | Int./Div. | K | T | | | | | |
| 96. -- SPDR S&P 500 ETF Trust | A | Int./Div. | K | T | | | | | |
| 97. -- Vanguard Emerging Market ETF | A | Int./Div. | J | T | | | | | |
| 98. -- JPMorgan Invest Growth Fd Sel | A | Int./Div. | K | T | Buy | 01/21/16 | J | | |
| 99. | | | | | | | | | |
| 100. Trust #3 (K) | | | | | | | | | |
| 101. -- Eaton Vance Mut Fds Tr | A | Int./Div. | J | T | | | | | |
| 102. --JPMorgan Str Inc Opp Fd | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 11/27/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- JPMorgan High Yield Fd Select | A | Int./Div. | J | T | | | | | |
| 104. -- JPMorgan Short Duration Bond Fd Select | A | Int./Div. | K | T | | | | | |
| 105. -- JPMorgan Limited Term Bond Fd Select | A | Int./Div. | K | T | | | | | |
| 106. -- Highbridge Dynamic Comm Strg Fd Select | | None | | | Sold | 01/21/16 | J | A | |
| 107. -- Ishares MSCI EAFE ECF | A | Int./Div. | J | T | | | | | |
| 108. -- Ishares S&P Midcap ECF | A | Int./Div. | K | T | | | | | |
| 109. -- Ishares Russell 1000 Value Index Fund | A | Int./Div. | K | T | | | | | |
| 110. -- Ishares Russell 1000 Growth ECF | A | Int./Div. | K | T | | | | | |
| 111. -- SPDR S&P 500 ETF Trust | A | Int./Div. | K | T | | | | | |
| 112. -- Vanguard Emerging Market ETF | A | Int./Div. | J | T | | | | | |
| 113. -- JPMorgan Invest Growth Fd Sel | A | Int./Div. | K | T | Buy | 01/21/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 11/27/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard R. Clifton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544